Order issued January 16 , 2013



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-00141-CV

**IN THE INTEREST OF L.F., A CHILD**

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 73788

## ORDER

The clerk's record has not been filed in this appeal. The information before us reflects

Mother, seeking to proceed on appeal without advance payment of costs, filed an affidavit of

indigence in January 2012 and again in July 2012. *See* TEX. R. APP. P. 20.1(a). The January

affidavit was not contested. The July affidavit was contested, but the trial court did not sign a

written order on the contest. Because the January affidavit was not contested and the trial court did

not sign an order on the contest to the July affidavit, the allegations in Mother's affidavit are deemed

true and she is allowed to proceed in this appeal without prepayment of costs. *See* TEX. R. APP. P.

20.1(f),(i)(4). Accordingly, we **ORDER** Hunt County District Clerk Stacey Landrum **to file, within**

**twenty days** of the date of this order, the clerk's record without prepayment of costs by Mother. *See*

*id.* 20.1(k).

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission,

to Hunt County District Clerk Stacey Landrum.


ELIZABETH LANG-MIERS
JUSTICE